# MEMORANDUM DECISIONS.

J. A. Albrison, W. M. Brown, R. D. Little and W. J. Thompson, Plaintiffs in Error, vs. C. W. Hagerman, A. D. McKinnon and J. M. Criglar, copartpartners doing business under the firm name and style of Hagerman, McKinnon & Co., Defendants in Error.

Writ of Error to Circuit Court Holmes county.

*Daniel Campbell*, for Plaintiffs in Error.

*W. O. Butler*, for Defendants in Error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error.

Writ of error dismissed because no properly certified transcript of record has been filed.